# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| ADRIANA VANCE, as natural mother of Raymond Greed, deceased, and as Personal Representative of the Estate of Raymond Green, et al., <br><br> v. <br><br> EL PASO COUNTY BOARD OF COUNTY OF COMMISSIONERS, et al., | Case No. 25-1326 and 25-1328 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Club Q, LLC; G.I.G., Inc.; 3430 N. Academy LLC; and Academy3430 LLC certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary)

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

Dated: September 3, 2025.

/s/ *Michael D. Kuhn*
Michael D. Kuhn
KLCS PC
431 North Cascade Avenue, Suite 1
Colorado Springs, CO 80903
Phone: (719) 215-8000
Email: mkuhn@klcs.law

*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I, Michael D. Kuhn, hereby certify that on September 3, 2025, I served a copy of the foregoing Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Additionally, I mailed a copy of the forgoing via U.S. Mail addressed:

Nicholas Grzecka
4202 North 28th Street, Suite 14
Phoenix, AZ 85016


Dated: September 3, 2025.

*/s/ Michael D. Kuhn*
Michael D. Kuhn
KLCS PC
431 North Cascade Avenue, Suite 1
Colorado Springs, CO 80903
Phone: (719) 215-8000
Email: mkuhn@klcs.law

*Counsel for Appellants*