**FILED**
United States Court of Appeals
Tenth Circuit

**September 15, 2025**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| ADRIANA VANCE for deceased on behalf of Raymond Green, et al., | |
|     Plaintiffs - Appellants/Cross-Appellees, | |
| v. | No. 25-1326 |
| ANDERSON LEE ALDRICH, | (D.C. Nos. 1:24-CV-03190-WJM-MDB & 1:24-CV-3193-WJM-MDB) |
|     Consolidated Defendant - Appellee, | (D. Colo.) |
| EL PASO COUNTY BOARD OF COMMISSIONERS, et al., | |
|     Defendants - Appellees, | |
| and | |
| G.I.G, INC., d/b/a Club Q, et al., | |
|     Defendants - Appellees/Cross-Appellants, | |

_____

BARRETT HUDSON,

    Consolidated Plaintiff - Appellant/Cross-Appellee,

and

ADRIANA VANCE, for deceased on behalf of Raymond Green, et al.,

    Plaintiffs,

| | |
|---|---|
| v.<br><br>EL PASO COUNTY BOARD OF COMMISSIONERS, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>ANDERSON LEE ALDRICH,<br><br>    Consolidated Defendant - Appellee.<br>_____<br><br>ADRIANA VANCE, for deceased on behalf of Raymond Green, et al.,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>BARRETT HUDSON,<br><br>    Consolidated Plaintiff - Appellee,<br><br>v.<br><br>G.I.G, INC., d/b/a Club Q, et al.,<br><br>    Defendants - Appellants,<br><br>ANDERSON LEE ALDRICH,<br><br>    Consolidated Defendant,<br><br>and<br><br>EL PASO COUNTY BOARD OF COMMISSIONERS, et al.,<br><br>    Defendants. | No. 25-1328<br>(D.C. Nos. 1:24-CV-03190-WJM-MDB &<br>1:24-CV-3193-WJM-MDB)<br>(D. Colo.)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 25-1329<br>(D.C. Nos. 1:24-CV-03190-WJM-MDB &<br>1:24-CV-3193-WJM-MDB)<br>(D. Colo.) |

_____

**ORDER**
_____

These cross-appeals are before the court upon receipt and review of the respective docketing statements, a review of the underlying district court docket, and for case management purposes.

For the sake of clarity, the court first notes that—for purposes of this order—it will refer to Barrett Hudson as the "Consolidated Plaintiff." The court will refer to all remaining plaintiffs as "Appellants." The court will refer to all defendants as "Appellees." *See* Fed. R. App. P. 28.1(b).

**Procedural Consolidation**

The court notes that all parties appeal from the same order and judgment. (ECF Nos. 112-113.) Consequently, the court procedurally consolidates the Consolidated Plaintiff's appeal (appeal no. 25-1328) with the Appellants' appeal (appeal no. 25-1326) for the purposes of compiling and filing an appendix, briefing, submission to the court, and oral argument, if scheduled. All three appeals will proceed on a cross-appeal briefing schedule, as further set forth below.

**Captioning and Filing Documents**

Going forward, the parties shall caption all pleadings, briefs, papers, and other submissions for all three appeals (as set forth above) and file all pleadings, briefs, papers, and other submissions in all three appeals (as set forth above) unless specific good cause

exists to caption a particular paper for less than all three appeals and/or to file a particular paper in less than all three appeals.

**Appendix and Briefing Schedule**

In all three appeals, the court received notice from the district court that the record was complete for purposes of appeal by September 11, 2025. (Dkt. No. 24 in appeal no. 25-1326; Dkt. No. 24 in appeal no. 25-1328; Dkt. No. 9 in appeal no. 25-1329.)[1]

First, the court directs all parties to confer concerning the creation of the appendix, and ultimately, to prepare and file a single, consolidated appendix sufficient for the court's consideration of all claims of error raised by all parties in these procedurally consolidated cross appeals. The single, consolidated appendix shall be filed with the court at the same time as the first brief on cross appeal is filed. All briefs shall cite to the single, consolidated appendix. *See generally* Fed. R. App. P. 30; 10th Cir. R. 30.

Consolidated Plaintiff and Appellants shall file a single, consolidated first brief on cross appeal on or before October 21, 2025. *See* Fed. R. App. P. 28.1(c)(1); (f)(1). The single, consolidated first brief on cross appeal shall be subject to the type/volume limitations applicable to a single first brief on cross appeal and shall raise and address all claims of error by both Consolidated Plaintiff and Appellants. *See* Fed. R. App. 28.1(e).

Appellees shall file a single, consolidated second brief on cross appeal within 30 days after the first brief is served. *See* Fed. R. App. P. 28.1(c)(2); (f)(2). The second brief

---

[1] For purposes of this order, the court refers to material on the district court docket as "ECF No. XX" and material on the Tenth Circuit docket as "Dkt. No. XX."

on cross appeal is subject to the type/volume limitations set forth in Federal Rule of Appellate Procedure 28.1(e)(1) and 28.1(e)(2)(B).

Consolidated Plaintiff and Appellants shall then file a single, consolidated third brief on cross appeal within 30 days after the second brief is served. *See* Fed. R. App. P. 28.1(c)(3); (f)(3). The single, consolidated third brief on cross appeal shall be subject to the type/volume limitations applicable to a single third brief on cross appeal. *See* Fed. R. App. P. 28.1(e).

Finally, within 21 days after service of the third brief on cross appeal, the Appellees may—but are not required to—file a fourth brief on cross appeal. *See* Fed. R. App. P. 28.1(c)(4); (e)(2)(C).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk