# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

ADRIANA VANCE for deceased on behalf of Raymond Green, et al.,

    Plaintiffs - Appellants/Cross-Appellees,

v.

ANDERSON LEE ALDRICH,

    Consolidated Defendant - Appellee,

EL PASO COUNTY BOARD OF COMMISSIONERS, et al.,

    Defendants - Appellees,

and

G.I.G, INC., d/b/a Club Q, et al.,

    Defendants - Appellees/Cross-Appellants,

---

BARRETT HUDSON,

    Consolidated Plaintiff - Appellant/Cross-Appellee,

and

ADRIANA VANCE, for deceased on behalf of Raymond Green, et al.,

    Plaintiffs,

No. 25-1326
(D.C. Nos. 1:24-CV-03190-WJM-MDB & 1:24-CV-3193-WJM-MDB)
(D. Colo.)

v.

EL PASO COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants - Appellees,

and

ANDERSON LEE ALDRICH,

    Consolidated Defendant - Appellee.

No. 25-1328
(D.C. Nos. 1:24-CV-03190-WJM-MDB &
1:24-CV-3193-WJM-MDB)
(D. Colo.)

_____

ADRIANA VANCE, for deceased on
behalf of Raymond Green, et al.,

    Plaintiffs - Appellees,

and

BARRETT HUDSON,

    Consolidated Plaintiff - Appellee,

v.

G.I.G, INC., d/b/a Club Q, et al.,

    Defendants - Appellants,

ANDERSON LEE ALDRICH,

    Consolidated Defendant,

and

EL PASO COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants.

No. 25-1329
(D.C. Nos. 1:24-CV-03190-WJM-MDB &
1:24-CV-3193-WJM-MDB)
(D. Colo.)

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
FIRST BRIEF ON CROSS APPEAL AND APPENDIX**

COME NOW the Appellants, by and through their undersigned counsel, and hereby respectfully request a 21-day extension of time, up to and including November 25, 2025, to finalize and file their first brief on cross appeal and appendix, and in support thereof provide as follows:

1) The first brief on cross appeal ("Brief") and appendix are currently due on November 4, 2025.

2) Appellants' counsel has been the process of preparing the Brief in anticipation of the current due date. However, due to the extensive nature of the brief and the need to attend to concurrently pending matters, as well as to coordinate with co-counsel and incorporate any necessary revisions, counsel is in need of additional time in order to finalize the Brief.

3) The undersigned have conferred with counsel for all other parties, with the exception of Kenneth Romines, who is unrepresented and has not appeared in the case. None of the represented parties oppose the requested extension of time.

4) No previous extension of time has been sought by Appellants and no party would be prejudiced by the proposed extension of time.

5) Appellants do not bring this motion for purposes of delay and are working diligently to complete the Brief.

WHEREFORE, Appellants respectfully request a 21-day extension of time, up to and including November 25, 2025, to file the Brief and appendix.

Dated October 27, 2025          Respectfully submitted

*/s/: Patrick A. Huber*
Patrick A. Huber
321 N. Clark St, Ste. 900
Chicago, Illinois, 60654
(312)-458-1000

*/s/: Bradley T. Bufkin*
Bradley T. Bufkin
2 N. Nevada Ave., Suite 1140
Colorado Springs, CO 80903
(719) 247-3028

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains less than 500 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word and Times New Roman 14-point font.

<u>*/s/: Patrick A. Huber*</u>
Patrick A. Huber
321 N. Clark St, Ste. 900
Chicago, Illinois, 60654
(312)-458-1000


<u>*/s/: Bradley T. Bufkin*</u>
Bradley T. Bufkin
2 N. Nevada Ave., Suite 1140
Colorado Springs, CO 80903
(719) 247-3028

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using CM/ECF system. I certify that all participants in the case other than Kenneth Romines, who is unrepresented are registered CM/ECF users and that service will be accomplished by the CM/ECF system for all such parties and that service upon Kenneth Romines will be via first class U.S. mail to his last known address.

*/s/: Patrick A. Huber*
Patrick A. Huber
321 N. Clark St, Ste. 900
Chicago, Illinois, 60654
(312)-458-1000


*/s/: Bradley T. Bufkin*
Bradley T. Bufkin
2 N. Nevada Ave., Suite 1140
Colorado Springs, CO 80903
(719) 247-3028