# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
_____

ADRIANA VANCE for
deceased on behalf of Raymond
Green, et al.,

     Plaintiffs - Appellants/Cross-
     Appellees,


v.

ANDERSON LEE ALDRICH,

     Consolidated Defendant - Appellee,

EL PASO COUNTY BOARD OF
COMMISSIONERS, et al.,

     Defendants - Appellees,

and

G.I.G, INC., d/b/a Club Q, et al.,

     Defendants - Appellees/Cross-
     Appellants,

_____


BARRETT HUDSON,

     Consolidated Plaintiff -
     Appellant/Cross-Appellee,

and

ADRIANA VANCE, for deceased on
behalf of Raymond Green, et al.,

     Plaintiffs,

No. 25-1326
(D.C. Nos. 1:24-CV-03190-WJM-MDB &
1:24-CV-3193-WJM-MDB)
(D. Colo.)

v.

EL PASO COUNTY BOARD OF
COMMISSIONERS, et al.,

      Defendants - Appellees,

and

ANDERSON LEE ALDRICH,

      Consolidated Defendant - Appellee.

_____

ADRIANA VANCE, for deceased on
behalf of Raymond Green, et al.,

      Plaintiffs - Appellees,

and

BARRETT HUDSON,

      Consolidated Plaintiff - Appellee,

v.

G.I.G, INC., d/b/a Club Q, et al.,

      Defendants - Appellants,

ANDERSON LEE ALDRICH,

      Consolidated Defendant,

and

EL PASO COUNTY BOARD OF
COMMISSIONERS, et al.,

      Defendants.

No. 25-1328
(D.C. Nos. 1:24-CV-03190-WJM-MDB &
1:24-CV-3193-WJM-MDB)
(D. Colo.)

No. 25-1329
(D.C. Nos. 1:24-CV-03190-WJM-MDB &
1:24-CV-3193-WJM-MDB)
(D. Colo.)

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE**
**FIRST BRIEF ON CROSS APPEAL AND APPENDIX**

COME NOW the Appellants and Cross-Appellees, by and through their undersigned counsel, and hereby respectfully request a 14-day extension of time, up to and including March 9, 2026, to finalize and file their third brief on appeal, and in support thereof provide as follows:

1) The First Brief on appeal was filed on November 25, 2026.

2) The Second Brief was filed on January 23, 2026.

3) The Third Brief is currently due to be filed on or before February 23, 2026.

4) Counsel for Appellants and Cross-Appellees is currently preparing the Third Brief in anticipation of the current due date. However, due to the extensive nature of the Brief; the need to address other concurrently pending matters, including nine sets of discovery responses due following the second brief; several scheduled depositions; and previously planned work travel, as well as the necessity of coordinating with co-counsel and incorporating any required revisions, counsel requires additional time to finalize the Brief.

5) The undersigned have conferred with counsel for all other parties, with the exception of Kenneth Romines, who is unrepresented and has not appeared in the case. None of the represented parties oppose the requested extension of time.

6) No previous extension of time has been sought by Appellants/Cross-Appellees for the Third Brief and no party would be prejudiced by the proposed

extension of time.

7)    Appellants/Cross-Appellees do not bring this motion for purposes of delay and are working diligently to complete the Brief.

WHEREFORE, Appellants/Cross-Appellees respectfully request a 14-day extension of time, up to and including March 9, 2026, to file the Third Brief.

Dated February 18, 2026                     Respectfully submitted,

                                            **ROMANUCCI & BLANDIN, LLC**

                                            */s/ Patrick A. Huber*
                                            Patrick A. Huber
                                            321 N. Clark St, Ste. 900
                                            Chicago, Illinois, 60654
                                            (312) 458-1000

                                            **BUFKIN & SCHNEIDER LAW, LLC**

                                            */s/: Bradley T. Bufkin*
                                            Bradley T. Bufkin
                                            2 N. Nevada Ave., Suite 1140
                                            Colorado Springs, CO 80903
                                            (719) 247-3028

                                            *Counsel for Appellants/Cross-Appellees*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains fewer than 500 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word and Times New Roman 14-point font.

<u>/s/: Patrick A. Huber</u>
Patrick A. Huber
321 N. Clark St, Ste. 900
Chicago, Illinois, 60654
(312)-458-1000

<u>/s/: Bradley T. Bufkin</u>
Bradley T. Bufkin
2 N. Nevada Ave., Suite 1140
Colorado Springs, CO 80903
(719) 247-3028

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using CM/ECF system. I certify that all participants in the case other than Kenneth Romines, who is unrepresented are registered CM/ECF users and that service will be accomplished by the CM/ECF system for all such parties and that service upon Kenneth Romines will be via first class U.S. mail to his last known address.

*/s/: Patrick A. Huber*
Patrick A. Huber
321 N. Clark St, Ste. 900
Chicago, Illinois, 60654
(312)-458-1000


*/s/: Bradley T. Bufkin*
Bradley T. Bufkin
2 N. Nevada Ave., Suite 1140
Colorado Springs, CO 80903
(719) 247-3028